UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 25 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO: 5:22-MJ-1678-RBF |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| v. ) | |
| ) | Count One – Title 18 U.S.C. Section 641 - Theft of Government Property |
| CHARLES WRIGHT, ) | |
| ) | Count Two - Title 18 U.S.C. Section 13 Assimilating Section 481.125 Texas Health & Safety Code – Possession of Drug Paraphernalia |
| Defendant. ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

COUNT ONE
18 U.S.C. §641 Theft of Government Property

On or about 5 April 2022, at Joint Base San Antonio – Randolph, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

CHARLES WRIGHT,

did knowingly steal merchandise of a total value of less than $1,000.00, of the goods and property of the United States, in violation of Title 18 United States Code, Section 641.

COUNT TWO
18 U.S.C. §13, assimilating §481.125, Texas Health & Safety Code

On or about 5 April 2022, at Joint Base San Antonio – Randolph, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, Defendant,

CHARLES WRIGHT,

did knowingly possess, with the intent to use, drug paraphernalia to prepare a controlled substance or inject, ingest, inhale, or otherwise introduce into the human body a controlled substance, in violation of Title 18, United States Code, Section 13, assimilating Section 481.125, Texas Health and Safety Code.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney


SARAH WANNARKA
Assistant United States Attorney

_____
By: JESSE C. BOLANOS
Special Assistant United States Attorney
502 FSG Legal Office
JBSA-Fort Sam Houston, Texas 78234
TX Bar # 24096316
Tel: (210) 326-3374
Fax: (210) 808-0164